IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:14-cv-138-D

NORTH CAROLINA FISHERIES )
ASSOCIATION, INC.; and )
CARTERET COUNTY FISHERMAN'S )
ASSOCIATION, INC., )
)
    Plaintiffs, )
)
vs. )    **ORDER**
)
PENNY PRITZKER, Secretary, United )
States Department of Commerce; SALLY, )
JEWELL, Secretary, United States )
Department of Interior; DR. KATHLEEN )
SULLIVAN, Administrator, National )
Oceanic and Atmospheric Administration; )
DANIEL ASHE, Director, United States )
Fish and Wildlife Services; JOHN E. )
SKVARLA, Secretary, North Carolina )
Department of Environment and Natural )
Resources; DR. LOUIS DANIEL, )
Executive Director, North Carolina )
Division of Marine Fisheries; and, )
GORDON S. MYERS, Executive )
Director, North Carolina Wildlife )
Resources Commission, )
)
    Defendants. )

This matter is before the Court on Plaintiffs' Motion to correct a misnomer in the caption regarding the Defendant, Dr. Kathryn Sullivan, who was incorrectly listed in the caption of Dr. Kathleen Sullivan, but correctly referred to in the Complaint as Dr. Kathryn Sullivan.

The Court hereby grants Plaintiffs' Motion and the caption is hereby amended to correctly reference Dr. Kathryn Sullivan.

This the _6_ day of August, 2014.

                                              James C. Dever, III
                                              Chief United States District Judge