IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NORTH CAROLINA FISHERIES )
ASSOCIATION, INC., *et al.*, )
) Case No. 4:14-cv-00138-D
Plaintiffs, )
) **ORDER**
v. )
)
PENNY PRITZKER, Secretary, United )
States Department of Commerce, *et al.*, )
)
Defendants. )
)

This matter is before the Court upon the Unopposed Motion of All Defendants to Stay Rule 26(f) Conference and Filing of Discovery Plan. Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**IT IS ORDERED** that the Unopposed Motion of All Defendants to Stay Rule 26(f) Conference and Filing of Discovery Plan is **GRANTED**, and the requirement to meet and confer pursuant to Rule 26(f) and file a Discovery Plan stated in the Order for Discovery Plan dated November 13, 2014, is stayed until the Court rules on all pending motions to dismiss filed in this case.

IT IS SO ORDERED THIS \_\_\_6\_\_\_ day of \_\_December\_\_, 2014.

_____
Chief United States District Judge