UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| NORTH CAROLINA FISHERIES | ) | |
| ASSOCIATION, INC. and | ) | |
| CARTERET COUNTY FISHERMAN'S | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 4:14-CV-138-D |
| | ) | |
| PENNY PRITZKER, *Secretary, United* | ) | |
| *States Department of Commerce*, SALLY | ) | |
| JEWELL, *Secretary*, *United States* | ) | |
| *Department of Interior,* DR. KATHRYN | ) | |
| SULLIVAN, *Administrator, National* | ) | |
| *Oceanic and Atmospheric Administration*, | ) | |
| DANIEL ASHE, *Director, United States* | ) | |
| *Fish and Wildlife Services*, JOHN E. | ) | |
| SKVARLA, *Secretary, North Carolina* | ) | |
| *Department of Environment and Natural* | ) | |
| *Resources*, DR. LOUIS DANIEL, *Executive* | ) | |
| *Director, North Carolina Division of Marine* | ) | |
| *Fisheries,* GORDON S. MYERS, *Executive* | ) | |
| *Director, North Carolina Wildlife Resources* | ) | |
| *Commission*,   NORTH CAROLINA | ) | |
| DEPARTMENT OF ENVIRONMENT AND | ) | |
| NATURAL RESOURCES, NORTH | ) | |
| CAROLINA DIVISION OF MARINE | ) | |
| FISHERIES, and NORTH CAROLINA | ) | |
| WILDLIFE RESOURCES COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief  United States District Judge, for
ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the federal
defendants' motion to dismiss for lack of jurisdiction [D.E. 42] and the state defendants' motion
to dismiss for lack of jurisdiction [D.E. 67], and DISMISSES as moot defendant Myers's motions
to dismiss [D.E. 31, 39].

**This Judgment Filed and Entered on July 22, 2015, and Copies To:**

| | |
|---|---|
| Wesley Charles Cooper | (via CM/ECF electronic notification) |
| Stevenson L. Weeks | (via CM/ECF electronic notification) |
| Christine A. Hill | (via CM/ECF electronic notification) |
| R.A. Renfer, Jr. | (via CM/ECF electronic notification) |
| Scott A. Conklin | (via CM/ECF electronic notification) |
| Brenda Menard | (via CM/ECF electronic notification) |
| Tamara Shields Zmuda | (via CM/ECF electronic notification) |
| Marc D. Bernstein | (via CM/ECF electronic notification) |

DATE                                        **JULIE RICHARDS JOHNSTON, CLERK**

July 22, 2015                          By:    /s/ Courtney O'Brien

                                                         Deputy Clerk